UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-25086-Civ-COOKE/GOODMAN

MARIA FLORES,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED AMENDED
MOTION FOR LEAVE TO FILE VIDEO EXHIBIT
BY CONVENTIONAL (NONELECTRONIC) MEANS**

This filing amends Plaintiff's Motion for Leave to File Video Exhibit by Conventional, Nonelectronic Filing, which was filed on October 16, 2020 (ECF No. 38). This Amended Motion differs from its predecessor only in that it advises the Court that this Motion is unopposed, and in that it attaches a proposed order granting the Motion.

The item the Plaintiff seeks to file conventionally (nonelectronically) is a thumb drive containing all of the video footage of the Plaintiff's slip-and-fall accident that NCL has provided. (The footage is only about three minutes long.) The Plaintiff would like to file this footage as summary-judgment evidence to be considered by the Court as part of the Plaintiff's response (ECF No. 36 & 37) in opposition to NCL's Motion for Summary Judgment (ECF No. 30). Under section 3H(7) of the CM/ECF Administrative Procedures, a party may not file a thumb drive unless filed pursuant to court order.

A proposed order granting this motion is attached and will be submitted to the Court by email.

**Certificate of Conference: Motion Not Opposed**

I hereby certify that I have discussed this Motion with defense counsel, and I am authorized to advise the Court that the Defendant does not object to this Motion.

Date: October 29, 2020

Respectfully submitted,

Peter G. Walsh (Florida Bar No. 970417)
pwalsh@1800askfree.com
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, FL 33020
T: 954-920-1571
Attorneys for Plaintiff, Maria Flores