UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25086-Civ-COOKE/GOODMAN

MARIA FLORES,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY,

    Defendant.

_____/

### AGREED ORDER PERMITTING CONVENTIONAL FILING

THIS MATTER is before the Court on Plaintiff's Unopposed Amended Motion for Leave to File Video Exhibit by Conventional (Nonelectronic) Means, ECF No. 51, filed October 29, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

The Plaintiff may conventionally file a thumb drive containing video footage of the Plaintiff's accident.

**DONE and ORDERED** in Chambers, Miami, Florida, this \_\_\_\_\_ day of _____, 2020.

                                            _____
                                            MARCIA G. COOKE
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Peter G. Walsh, Plaintiff's Counsel*
*Thomas A. Briggs, Defense Counsel*